RECEIVED
IN LAKE CHARLES, LA

JAN 31 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KINDER CANAL CO. INC., AND MIKE T. UNKEL | : | DOCKET NO. 05-1123 |
| VS. | : | JUDGE TRIMBLE |
| MIKE JOHANNS, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons set forth in the memorandum ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment on Behalf of Mike T. Unkel (doc. #5) is hereby **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment on Behalf of Kinder Canal Company, Inc. (2001) (doc. #6) is hereby **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment on Behalf of Kinder Canal Company, Inc. (doc. #10) is hereby **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Government's Cross-Motion for Summary Judgment (doc. #18) is hereby **GRANTED** and the May 31, 2005 decision by the Director of the United States Department of Agriculture National Appeals Division is hereby **AFFIRMED**, dismissing the Complaint, with prejudice at Plaintffs' cost.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31st day of January, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE